IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS L LANDIS,

    Petitioner,

v.

                              Case No. 18-cv-668-wmc

JON E. LITSCHER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Douglas L. Landis' petition for a writ of habeas corpus with prejudice.

| /s/ | 10/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |